Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE COLOMBERTI,<br><br>    Plaintiff,<br><br>v.<br><br>COVANTA HOLDING CORPORATION, SAMUEL ZELL, DAVID M. BARSE, RONALD J. BROGLIO, PETER C. B. BYNOE, LINDA J. FISHER, JOSEPH HOLSTEN, OWEN MICHAELSON, DANIELLE PLETKA, MICHAEL W. RANGER, ROBERT S. SILBERMAN, and JEAN SMITH,<br><br>    Defendants. | Case No: 1:21-cv-04859-RPK-VMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Catherine Colomberti hereby voluntarily dismisses the above-captioned action as moot. Defendants have not served an answer or a motion for summary judgment.

Dated: October 13, 2021                     Respectfully submitted,

                                            **HALPER SADEH LLP**

                                            By: /s/ Daniel Sadeh
                                            Daniel Sadeh, Esq.
                                            667 Madison Avenue, 5th Floor
                                            New York, NY 10065
                                            Telephone: (212) 763-0060

Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I, Daniel Sadeh, hereby certify that on October 13, 2021, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: October 13, 2021                                        /s/ Daniel Sadeh
                                                                             Daniel Sadeh